UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:11-CV-00639-BR

| SEAN ELROD, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| CARY POLICE DEPARTMENT, et al., | ) |  |
| Defendants. | ) |  |

This cause comes before the Court upon a motion by defendant Wake County School Board of Education to stay discovery pending resolution of the motions to dismiss. (DE-28). Plaintiff and the other defendants consent to the instant motion.

Upon consideration of defendant Wake County Board of Education's motion to stay discovery and accompanying memorandum of law, and for good cause shown, defendant Board's motion (DE-28) is hereby GRANTED, and it is further ORDERED that all discovery in this civil action, including the requirements to conduct an initial Rule 26(f) conference, submit a discovery plan under Rule 26(f), to provide initial disclosures under Rule 26(a) and all requirements of ADR Local Rule 101 be STAYED until such time as this Court resolves defendants' amended motions to dismiss.

DONE AND ORDERED in Chambers at Raleigh, North Carolina this 15th day of March, 2012.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE